USCA1 Opinion

 

 November 18, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1469 UNITED STATES, Appellee, v. LUIS EDUARDO NARANJO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ernest C. Torres, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Luis Eduardo Naranjo on brief pro se. ____________________ Edwin J. Gale, United States Attorney, and Zechariah Chaffee, ______________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. On April 12, 1991, appellant Luis ___________ Eduardo Naranjo was sentenced to 63 months in prison for drug offenses. At sentencing, Naranjo received a two-level reduction in base offense level for acceptance of responsibility. Effective November 1, 1992, the United States Sentencing Commission amended sentencing guideline 3E1.1 to permit an additional one-level reduction in base offense level for persons eligible for the two-level reduction for acceptance of responsibility. Naranjo sought to reduce his sentence pursuant to the amended guideline, claiming that the amendment should be applied retroactively. The district court denied his request. Because we have decided that the amendment in question is not retroactive, see DeSouza v. United States, 995 F.2d 323, 324 (1st Cir. ___________ ______________ 1993) (per curiam), we affirm the district court's denial of Naranjo's request for a sentence reduction under amended 3E1.1. Affirmed. _________